Mark J. ABRAMS, Plaintiff–Appellant,

v.

CITY OF RANCHO PALOS VERDES, a Municipality; City of Rancho Palos Verdes City Council, Defendants–Appellees,

and

Frank Lyon; Jon Cartwright; Thomas Long; Craig Mueller; Theodore Paulson; Donald Vannorsdall; John Mctaggart; Douglas W. Stern; Lee Byrd; Barbara Ferraro; Marilyn Lyon; and Larry Clark, Defendants.

No. 02–55681.

United States Court of Appeals, Ninth Circuit.

May 5, 2005.

Wilkie Cheong, Cheong, Denove, Rowell, Antablin & Bennett Los Angeles, CA, for Plaintiff–Appellant.

Christopher D. Imlay, Silver Spring, MD, T. Peter Pierce, Richards, Watson

and Gershon, Los Angeles, CA, for Defendant–Appellee.

Before KOZINSKI and NELSON, Circuit Judges, and RESTANI,* Judge.

### ORDER

The judgment of this court, *Abrams v. City of Rancho Palos Verdes*, 354 F.3d 1094 (9th Cir.2004), was reversed and the case remanded for further proceedings consistent with the decision of the Supreme Court of the United States. —— U.S. ——, 125 S.Ct. 1453, 161 L.Ed.2d 316 (2005).

The judgment of the district court is AFFIRMED. Costs to Appellees.